IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 16-508 |
| JASON T. MALEK | : | |

**ORDER**

**AND NOW**, this   16th   day of September 2022, upon consideration of the unopposed request for continuance of the Sentencing scheduled for September 30, 2022, it is **ORDERED** that the request is **GRANTED**. Sentencing is rescheduled to Thursday, March 30, 2023, at 1:00 p.m.

BY THE COURT:

_/s/ R. Barclay Surrick_
R. Barclay Surrick, J.